# Court of Appeals
# of the State of Georgia

ATLANTA,  September 24, 2025

*The Court of Appeals hereby passes the following order:*

## A26E0070. WUNDERBAR INNOVATIONS NETWORK, INC. et al v. JAMES KINNEY et al

Upon consideration of the APPELLANTS' RULE 40(B) EMERGENCY MOTION FOR SUPERSEDEAS in the above styled case, it is ordered that the motion is hereby DENIED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  09/24/2025

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*